**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    RODNEY D HOLLINS<br>    SONIJA K THOMAS<br>        Debtor(s) | Case No. 12-41953 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/23/2012.

2) The plan was confirmed on 01/30/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/04/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 11/26/2014.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $99,000.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,755.29 |
| Less amount refunded to debtor | $283.89 |
| **NET RECEIPTS:** | **$8,471.40** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $384.71 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,134.71** |

Attorney fees paid and disclosed by debtor:    $1,750.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVOCATE MEDICAL GROUP | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SO SUBURBAN HOPITAL | Unsecured | 397.60 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 3,530.40 | NA | NA | 0.00 | 0.00 |
| ALBERTSONS | Unsecured | 3,553.35 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 553.65 | 513.09 | 513.09 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 368.53 | 956.26 | 956.26 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 850.30 | 850.30 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 736.00 | 736.00 | 736.00 | 0.00 | 0.00 |
| BLOOM TOWNSHIP HS DIST 206 | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| CASEYS | Unsecured | 139.70 | NA | NA | 0.00 | 0.00 |
| CASEYS | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 488.00 | 1,936.80 | 1,936.80 | 0.00 | 0.00 |
| CITY OF CHICAGO HEIGHTS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO HEIGHTS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO HEIGHTS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO HEIGHTS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO HEIGHTS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO HEIGHTS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CLERK OF THE CIRCUIT COURT | Unsecured | 164.70 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE | Unsecured | 328.69 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE | Unsecured | 417.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| COMMUNITY HEALTHCARE SYS | Unsecured | 4,694.24 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY CIRCUIT COURT | Unsecured | 30.50 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY STATES ATTORNEY | Unsecured | 314.05 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | NA | 4,719.99 | 4,719.99 | 0.00 | 0.00 |
| CVS | Unsecured | 200.06 | NA | NA | 0.00 | 0.00 |
| EMERGENCY CARE HEALTH ORGAN | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY CARE HEALTH ORGAN | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY CARE HEALTH ORGAN | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| EMP OF COOK COUNTY | Unsecured | 1,202.90 | NA | NA | 0.00 | 0.00 |
| EMP OF COOK COUNTY | Unsecured | 433.35 | NA | NA | 0.00 | 0.00 |
| EMP OF COOK COUNTY | Unsecured | 722.00 | NA | NA | 0.00 | 0.00 |
| FEMA | Unsecured | 9,144.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 773.67 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 451.09 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 233.50 | 233.50 | 233.50 | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 1,010.12 | 1,010.12 | 1,010.12 | 0.00 | 0.00 |
| HAMMOND LIQUOR INC | Unsecured | 61.24 | 61.24 | 61.24 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 401.56 | 962.35 | 962.35 | 798.85 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 464.76 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 470.85 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 126.52 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 187.00 | 730.80 | 730.80 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 708.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 5,289.90 | 5,289.90 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,102.67 | 6,671.30 | 6,671.30 | 5,537.84 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,711.74 | NA | NA | 0.00 | 0.00 |
| IQ TELECOM | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Unsecured | 200.19 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Unsecured | 135.64 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Unsecured | 112.59 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Unsecured | 223.40 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Unsecured | 240.48 | NA | NA | 0.00 | 0.00 |
| JIFFY LUBE | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| JULO PIMENTEL | Unsecured | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 | 0.00 |
| LIBERTY TAX SERVICE | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 945.47 | 386.32 | 386.32 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 498.88 | 498.88 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 1,382.83 | 1,382.83 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 448.77 | 448.77 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 152.49 | 152.49 | 0.00 | 0.00 |
| MCSI INC | Unsecured | 550.00 | 1,700.00 | 1,700.00 | 0.00 | 0.00 |
| MCSI INC | Unsecured | 713.50 | 1,700.00 | 1,700.00 | 0.00 | 0.00 |
| MEA MUNSTER LLC | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| MENARDS | Unsecured | 811.82 | NA | NA | 0.00 | 0.00 |
| MIDAMERICA CARDIO CONSULTANT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MUNSTER RADIOLOGY GROUP | Unsecured | 441.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 633.72 | 633.72 | 0.00 | 0.00 |
| OAK FOREST HOSPITAL | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS | Unsecured | 61.25 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 413.87 | NA | NA | 0.00 | 0.00 |
| PETES FRESH MARKET | Unsecured | 236.34 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | 278.75 | 278.75 | 0.00 | 0.00 |
| REPUBLIC BANK & TRUST CO | Unsecured | 1,561.22 | 1,561.22 | 1,561.22 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1,344.00 | 4,426.10 | 6,356.90 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 566.20 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH | Unsecured | 1,224.76 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH | Unsecured | 2,525.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 4,816.13 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 4,307.22 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 2,525.30 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 3,069.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM FIRE & CASUALTY CO | Unsecured | 4,544.93 | NA | NA | 0.00 | 0.00 |
| SUPERVALU 3047 JEWEL OSCO | Unsecured | 152.11 | NA | NA | 0.00 | 0.00 |
| SUPERVALU 3216 JEWEL OSCO | Unsecured | 302.84 | NA | NA | 0.00 | 0.00 |
| SUPERVALU 3230 JEWEL OSCO | Unsecured | 306.76 | NA | NA | 0.00 | 0.00 |
| SUPERVALU 3240 JEWEL OSCO | Unsecured | 3,409.83 | NA | NA | 0.00 | 0.00 |
| SUPERVALU 3240 JEWEL OSCO | Unsecured | 129.50 | NA | NA | 0.00 | 0.00 |
| SUPERVALU 3240 JEWEL OSCO | Unsecured | 315.47 | NA | NA | 0.00 | 0.00 |
| SUPERVALU 3246 JEWEL OSCO | Unsecured | 286.66 | NA | NA | 0.00 | 0.00 |
| SUPERVALU 3268 JEWEL OSCO | Unsecured | 306.99 | NA | NA | 0.00 | 0.00 |
| SUPERVALU 3278 JEWEL OSCO | Unsecured | 317.91 | NA | NA | 0.00 | 0.00 |
| SUPERVALU 3284 JEWEL OSCO | Unsecured | 306.60 | NA | NA | 0.00 | 0.00 |
| SUPERVALU 3306 JEWEL OSCO | Unsecured | 1,100.72 | NA | NA | 0.00 | 0.00 |
| SUPERVALU 3340 JEWEL OSCO | Unsecured | 321.67 | NA | NA | 0.00 | 0.00 |
| SUPERVALU 3348 JEWEL OSCO | Unsecured | 304.12 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 1,179.76 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 788.90 | NA | NA | 0.00 | 0.00 |
| UNION AUTO SALES | Secured | NA | 2,330.46 | 2,330.46 | 0.00 | 0.00 |
| UNION AUTO SALES | Unsecured | 3,365.46 | 0.00 | 2,330.46 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 999.48 | 768.83 | 768.83 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 511.00 | 393.83 | 393.83 | 0.00 | 0.00 |
| VILLAGE OF FORD HEIGHTS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FORD HEIGHTS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FORD HEIGHTS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WALTS FOOD CENTER | Unsecured | 322.51 | NA | NA | 0.00 | 0.00 |
| WALTS FOOD CENTER | Unsecured | 265.48 | NA | NA | 0.00 | 0.00 |
| WALTS FOOD CENTERS | Unsecured | 249.24 | NA | NA | 0.00 | 0.00 |
| WALTS FOODS | Unsecured | 135.52 | NA | NA | 0.00 | 0.00 |
| WELLGROUP HEALTH PARTNERS | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| WELLGROUP HEATLTHPARTNERS LL | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 6,972.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY STATES ATTORNEY | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY STATES ATTORNEY | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY STATES ATTORNEY | Unsecured | 316.65 | NA | NA | 0.00 | 0.00 |
| WOW INTERNET AND CABLE | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,330.46 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,330.46** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,633.65 | $6,336.69 | $0.00 |
| **TOTAL PRIORITY**: | **$7,633.65** | **$6,336.69** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$36,831.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,134.71 |
| Disbursements to Creditors | $6,336.69 |
| **TOTAL DISBURSEMENTS** : | **$8,471.40** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/06/2015             By: /s/ Tom Vaughn
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**